# United States Bankruptcy Court
## of the
## Northern District Of Illinois
## Western Division

Trustee's Final Report

In Re: RICHARD W. BEE & LAURA J. BEE  
515 S. THIRD STREET  
ROCHELLE, IL  61068

SSN-xxx-xx-3365 & xxx-xx-8518

Case Number: 08-71106

Case filed on: 4/12/2008  
Plan Confirmed on:

U Dismissed  Unconfirmed

Total funds received and disbursed pursuant to the plan: $4,644.04    Detail of Disbursements below:

| Claim # | Name of the Claimant | Claimed by the Creditor | Allowed by the Court | Principal Paid | Interest Paid |
|---|---|---|---|---|---|
| 003 | HOME LOAN SERVICES INC | 0.00 | 0.00 | 0.00 | 0.00 |
|  | Total Continue | 0.00 | 0.00 | 0.00 | 0.00 |
| 000 | ATTORNEY JACQUELINE MONTVILLE | 3,500.00 | 3,500.00 | 887.79 | 0.00 |
|  | Total Legal | 3,500.00 | 3,500.00 | 887.79 | 0.00 |
| 047 | GE MONEY BANK | 0.00 | 0.00 | 0.00 | 0.00 |
|  | Total Legal | 0.00 | 0.00 | 0.00 | 0.00 |
| 999 | RICHARD W. BEE | 0.00 | 0.00 | 1,101.66 | 0.00 |
|  | Total Debtor Refund | 0.00 | 0.00 | 1,101.66 | 0.00 |
| 001 | CAPITAL ONE AUTO FINANCE | 0.00 | 0.00 | 0.00 | 390.16 |
| 002 | CITIFINANCIAL AUTO CREDIT INC | 19,012.01 | 19,012.00 | 1,070.38 | 949.62 |
| 004 | HOME LOAN SERVICES INC | 4,176.08 | 0.00 | 0.00 | 0.00 |
|  | Total Secured | 23,188.09 | 19,012.00 | 1,070.38 | 1,339.78 |
| 001 | CAPITAL ONE AUTO FINANCE | 17,846.30 | 17,456.14 | 0.00 | 0.00 |
| 002 | CITIFINANCIAL AUTO CREDIT INC | 0.00 | 0.01 | 0.00 | 0.00 |
| 004 | HOME LOAN SERVICES INC | 0.00 | 4,176.08 | 0.00 | 0.00 |
| 005 | NATIONAL CITY BANK | 4,768.00 | 4,768.00 | 0.00 | 0.00 |
| 006 | AFNI | 0.00 | 0.00 | 0.00 | 0.00 |
| 007 | ROUNDUP FUNDING LLC | 973.06 | 973.06 | 0.00 | 0.00 |
| 008 | CAMELOT RADIOLOGY ASSOCIATES, LTD. | 0.00 | 0.00 | 0.00 | 0.00 |
| 009 | CAPITAL BANK | 0.00 | 0.00 | 0.00 | 0.00 |
| 010 | ECAST SETTLEMENT CORPORATION | 939.68 | 939.68 | 0.00 | 0.00 |
| 011 | CAPITAL ONE AUTO FINANCE | 0.00 | 0.00 | 0.00 | 0.00 |
| 012 | CAPITAL ONE AUTO FINANCE | 0.00 | 0.00 | 0.00 | 0.00 |
| 013 | CHAD PILLAR, DC | 0.00 | 0.00 | 0.00 | 0.00 |
| 014 | CHECKS FOR CASH | 0.00 | 0.00 | 0.00 | 0.00 |
| 015 | CITIFINANCIAL | 0.00 | 0.00 | 0.00 | 0.00 |
| 016 | EQUIFAX | 0.00 | 0.00 | 0.00 | 0.00 |
| 017 | EXPERIAN | 0.00 | 0.00 | 0.00 | 0.00 |
| 018 | FINGERHUT CREDIT ADVANT | 0.00 | 0.00 | 0.00 | 0.00 |
| 019 | GEORGE & SANDRA GASKINS | 0.00 | 0.00 | 0.00 | 0.00 |
| 020 | HEALTH CARE BILLING SERVICES | 435.35 | 435.35 | 0.00 | 0.00 |
| 021 | HEIGHTS FINANCE | 0.00 | 0.00 | 0.00 | 0.00 |
| 022 | HHM EMERGENCY SERVICES | 0.00 | 0.00 | 0.00 | 0.00 |
| 023 | HSBC BANK N/A | 389.82 | 389.82 | 0.00 | 0.00 |
| 024 | MEDCARE HEALTH CENTER | 0.00 | 0.00 | 0.00 | 0.00 |
| 025 | MELISSA KINNEY | 0.00 | 0.00 | 0.00 | 0.00 |
| 026 | MERRICK BANK | 964.44 | 964.44 | 0.00 | 0.00 |
| 027 | MICHAEL J. MONFILS | 0.00 | 0.00 | 0.00 | 0.00 |
| 028 | JEFFERSON CAPITAL SYSTEMS, LLC | 1,059.29 | 1,059.29 | 0.00 | 0.00 |
| 029 | MIDLAND CREDIT MANAGEMENT | 0.00 | 0.00 | 0.00 | 0.00 |
| 030 | MUTUAL MANAGEMENT SERVICES | 532.73 | 532.73 | 0.00 | 0.00 |
| 031 | NATIONAL CITY | 0.00 | 0.00 | 0.00 | 0.00 |
| 032 | NICOR GAS | 583.00 | 583.00 | 0.00 | 0.00 |
| 033 | ROCHELLE COMMUNITY HOSPITAL | 0.00 | 0.00 | 0.00 | 0.00 |
| 034 | ROCHELLE MEDICAL | 0.00 | 0.00 | 0.00 | 0.00 |
| 035 | ROCHELLE MUNICIPAL UTILITIES | 0.00 | 0.00 | 0.00 | 0.00 |
| 036 | SECURITY FINANCE | 144.00 | 144.00 | 0.00 | 0.00 |
| 037 | SPRINT NEXTEL-DISTRIBUTIONS | 1,511.41 | 1,511.41 | 0.00 | 0.00 |
| 038 | SWEDISH AMERICAN | 0.00 | 0.00 | 0.00 | 0.00 |
| 039 | SWEDISH AMERICAN HOSPITAL | 0.00 | 0.00 | 0.00 | 0.00 |
| 040 | SWEDISH AMERICAN MEDICAL GROUP | 0.00 | 0.00 | 0.00 | 0.00 |
| 041 | TRANSUNION | 0.00 | 0.00 | 0.00 | 0.00 |
| 042 | AFNI/VERIZON | 429.70 | 429.70 | 0.00 | 0.00 |
| 043 | VERIZON WIRELESS | 1,526.83 | 1,526.83 | 0.00 | 0.00 |
| 044 | VERIZON WIRELESS | 0.00 | 0.00 | 0.00 | 0.00 |
| 045 | WORLD ACCEPTANCE CORPORATION | 1,703.92 | 1,703.92 | 0.00 | 0.00 |
| 046 | NO NAME LISTED | 0.00 | 0.00 | 0.00 | 0.00 |

**United States Bankruptcy Court**
**of the**
**Northern District Of Illinois**
**Western Division**

| | | | | | | |
|---|---|---|---|---|---|---|
| 048 | HSBC BANK N/A | | 572.41 | 572.41 | 0.00 | 0.00 |
| | | Total Unsecured | 34,379.94 | 38,165.87 | 0.00 | 0.00 |
| | | Grand Total: | 61,068.03 | 60,677.87 | 3,059.83 | 1,339.78 |

Total Paid Claimant:    $4,399.61
Trustee Allowance:    $244.43
Percent Paid Unsecured:    0.00

Wherefore, your petitioner prays that a final Decree be entered discharging the trustee and the trustee's surety from any and all liablility on account of the within proceedings, and closing the estate, and for such other relief as is just.  Pursuant to FRBP, I hereby certify that the subject case has been fully administered.

Report Dated:

   /s/ Lydia S. Meyer
Lydia S. Meyer, Trustee

This is to certify that a copy of this notice has been mailed to the debtor and the debtor's attorney.

Dated at Rockford, IL  on  12/30/2008             By  /s/Heather M. Fagan